**Antonio M. WALLER, Plaintiff–Appellant,**

v.

**Catherine PAGE, Psychiatrist, Red Onion State Prison; P. Rasnick, Nurse; Lieutenant Younce; Sergeant Flanary; Sergeant Fowler; Thompson, Prison Guard, Defendants–Appellees,**

and

**Fred Schilling, Director of Health Services; Correctional Medical Services; John Doe, Defendants.**

No. 00–7309.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Antonio M. Waller, pro se. David Ernest Boelzner, Heather Marie Kofron, Wright, Robinson, Osthimer & Tatum, Richmond, VA; Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Antonio M. Waller appeals the district court's order granting summary judgment to some of the Defendants in his 42 U.S.C.A. § 1983 (West Supp.2000) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*